RIVIERA REALTY COMPANY, Respondent, v. ILLINOIS SURETY COMPANY, Appellant.

Appeal from an order of the Supreme Court, made at Special Term and entered in the New York county clerk's office on the 3d day of May, 1915, directing the defendant to file and serve a bill of particulars.

PER CURIAM : The order appealed from should be modified by requiring the defendant to furnish a bill of particulars as specified in the 3d clause of the order to show cause, and as so modified affirmed, without costs. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ. Order modified as stated in opinion, and as modified affirmed, without costs. Order to be settled on notice.

———

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX SWERSKY, and DAVID KALHOFER, Appellants.

Appeal from a judgment of the Supreme Court, rendered on the 21st day of January, 1914, convicting the defendant of the crime of horse poisoning, and from an order denying a motion for new trial and in arrest of judgment.

Judgment and order affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

DOWLING, J. (dissenting): I dissent upon the ground that it was error to charge that there were three accomplices only — Friedman, O'Brien and Mrs. Erlichman; that it was also error for the court to hold that Joseph Erlichman was not in law an accomplice; and that it was further error to refuse the request to charge that it was for the jury to determine whether Joseph Erlichman was or was not an accomplice. In my opinion, the question of his being an accomplice was one of fact which should have been submitted to the jury.

———

Walter Melton, Respondent, v. Horace Havemeyer and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. James J. O'Brien, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Clarke, Scott and Hotchkiss, JJ.

Paul Timen, Respondent, v. James A. McCreery & Company, a Domestic Corporation, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Harbison-Walker Refractories Company, Appellant, v. One Hundred and Ninetieth Street Realty Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Moris Levitt, Respondent, v. J. M. Horton Ice Cream Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.